**Order entered December 1, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00729-CR**

**EX PARTE ALIX HENRY SANDERS**

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MC20-A1137-C**

**ORDER**

Before the Court is the State's November 25, 2020 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State to file its brief by December 30, 2020.

The record in this case does not include a certification of appellant's right to appeal. The appeal cannot proceed without the trial court's certification. *See* TEX. R. APP. P. 25.2(d). Accordingly, we **ORDER** the trial court to prepare and file, by December 30, 2020, a certification of appellant's right to appeal.

/s/    BILL PEDERSEN, III
        JUSTICE